# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

MAXWELL'S INTERNATIONAL, INC.,

    Defendant     /

Case No. 4:18-cv-13395-MFL-EAS

Hon. Matthew F. Leitman

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF SETTLEMENT

Plaintiff Howard Cohan, and Defendant Maxwell's International, Inc. give notice of the settlement of this matter. The parties request an additional fourteen (14) days to obtain signatures of each of the parties on their Settlement Agreement and file dismissal papers.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ George T. Blackmore*
By:  George T. Blackmore (P76942)
     Blackmore Law PLC
     Attorney for Plaintiff
     21411 Civic Center Drive, Suite 200
     Southfield, MI 48076
     P: (248) 845-8594
     E: george@blackmorelawplc.com

Dated: February 15, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, I filed and served the foregoing NOTICE OF SETTLEMENT on all ECF participants via the court's CM/ECF system.

*/s/ George T. Blackmore*
George T. Blackmore