**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HOWARD COHAN,

    Plaintiff,

v.

MAXWELL'S INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

                                   /

Case No. 4:18-cv-13395-MFL-EAS

Hon. Matthew F. Leitman

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

                                  Respectfully Submitted,

                                  BLACKMORE LAW PLC

                                  */s/ George T. Blackmore*

By:  George T. Blackmore
       Blackmore Law PLC
       Attorney for Plaintiff
       21411 Civic Center Drive, Suite 200
       Southfield, MI 48076
       P: (248) 845-8594
       E: george@blackmorelawplc.com
       P76942

Dated: March 14, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ George T. Blackmore*
George T. Blackmore