UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOWARD COHAN,

    Plaintiff,                              Case No. 18-cv-13395
                                              Hon. Matthew F. Leitman

v.

MAXWELL'S INTERNATIONAL, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 14, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764